THE LAW OFFICE OF BRIAN HEADY LLC
Patricia A. Wong
205 E. Benson Blvd., Suite 102
Anchorage, Alaska 99503
907-868-1932/office
907-868-1942/fax
pwong@headylawoffice.com
Attorney for Defendant, Derneval Rodnell Dimmer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | 3:12-cr-00035-TMB-1 |
| | ) | 3:12-cr-00056-TMB-7 |
| | ) | |
| DERNEVAL RODNELL DIMMER | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO FILE EXHIBIT UNDER SEAL**

COMES NOW Defendant, Derneval Rodnell Dimmer, by and through counsel, and requests leave to file under seal Exhibits A through C to supplement his motion for compassionate release filed at Docket 278. Filing under seal is appropriate because the exhibit is Mr. Dimmer's medical record and other BOP records which contain confidential and sensitive information that cannot be redacted without rendering them illegible.

USA v. Derneval Rodnell Dimmer; Case No. 3:12-cr-00035-TMB-1; 3:12-cr-00056-TMB-7
Motion to File Exhibit Under Seal
Page 1 of 2

Case 3:12-cr-00035-TMB   Document 279   Filed 01/21/21   Page 1 of 2

Proposed Order is attached hereto.

Respectfully submitted this 21st day of January, 2021 at Anchorage, Alaska.

s/Patricia A. Wong  
Attorney for Defendant,  
Derneval Rodnell Dimmer  
Alaska Bar No. 1810108

**CERTIFICATE OF SERVICE**
I hereby certify that on January 21, 2021, a copy of the foregoing was served electronically on

Stephen Corso, AUSA

s/ Patricia A. Wong

USA v. Derneval Rodnell Dimmer; Case No. 3:12-cr-00035-TMB-1; 3:12-cr-00056-TMB-7
Motion to File Exhibit Under Seal
Page 2 of 2

Case 3:12-cr-00035-TMB   Document 279   Filed 01/21/21   Page 2 of 2