IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,           )
                                    )  3:12-cr-00035-TMB-1
                                    )  3:12-cr-00056-TMB-7
                    Plaintiff,      )
                                    )
vs.                                 )        **ORDER**
                                    )
DERNEVAL RODNELL DIMMER,            )
                                    )
                    Defendant.      )
_____)


THIS COURT, having been presented with Defendant's Motion to File

Exhibit Under Seal, hereby GRANTS his motion.

The Defendant may file under seal Exhibits A through C to his Motion for

Compassionate Release at Docket 278.

IT IS SO ORDERED.


_____
Date


_____
The Honorable Timothy M. Burgess
Chief United States District Court Judge